

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00277-CR

ALVIN RAY COOPER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. A19357-1211, Honorable Edward Lee Self, Presiding

February 20, 2014

## ON ABATEMENT AND REMAND

### Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Alvin Ray Cooper, appellant, appeals his conviction for forgery. Appellant timely perfected his appeal. The appellate record and appellant's and state's briefs have been filed. Pending before the court is the motion to withdraw filed by appellant's attorney. In it, counsel contends that he was appointed to represent appellant; however, appellant has "threatened to file a complaint against Counsel with the State Bar of Texas, thus creating a conflict of interest between attorney and client and further creating a

circumstance wherein it is impossible for Counsel to properly represent [appellant] before this Court."

Accordingly, we abate this appeal and remand the cause to the 242nd District Court of Hale County (trial court) for further proceedings. Upon remand, the trial court shall determine the following:

1.  whether appellant desires to prosecute the appeal;

2.  whether appellant is indigent;

3.  whether a conflict of interest exists between appellant and appellant's attorney necessitating the removal of the appellant's attorney; and,

4.  whether new counsel should be appointed due to a conflict of interest between appellant and counsel.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this court by March 24, 2014. If it is determined that appellant is indigent and a conflict of interest exists, the trial court may appoint him new counsel; the name, address and phone number of any new counsel appointed shall be included in the aforementioned findings. Should further time be needed to perform these tasks, then same must be requested before March 24, 2014.

It is so ordered.

Per Curiam

Do not publish.